UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-CV-10907-MEL

| | |
|---|---|
| LAUREN MCSHANE, as ADMINISTRATRIX of the ESTATE OF ANTHONY MARCHETTI,<br>    Plaintiff<br><br>VS.<br><br>CHRISTINE CALLAHAN; OTHER UNKNOWN NORFOLK COUNTY CORRECTIONAL OFFICERS; and MICHAEL G. BELLOTTI IN HIS CAPACITY AS NORFOLK COUNTY SHERIFF; and PETER H. COLLINS, JOHN M. GILLIS, and FRANCIS W. O'BRIEN, IN THEIR CAPACITY AS NORFOLK COUNTY COMMISSIONERS,<br>    Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants, Michael G. Bellotti, in his capacity as Norfolk County Sheriff and Peter H. Collins, John M. Gillis and Francis W. O'Brien, in their capacity as Norfolk County Commissioners, in the above-captioned matter.

Respectfully submitted,

WYNN & WYNN, P.C.

s/Paul F. Wynn
Paul F. Wynn        BBO#535820
90 New State Highway
Raynham, MA 02767
(508) 823-4567

Dated:  June 14, 2005