# UNITED STATES DISTRICT COURT

District of     Massachusetts

LAUREN MCSHANE, as Administratrix
for the Estate of Anthony Marchetti

V.

FRANCIS W. O'BRIEN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 10907 MEL

TO: (Name and address of Defendant)

Francis W. O'Brien
County Commissioner
614 High Street, Suite 201
P.O. Box 310
Dedham, Massachusetts 02027-0310

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John H. Cunha Jr., Esq.
One State Street
Suite 500
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

MAY 3 - 2005

DATE

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | May 24, 2005 |
|---|---|---|
| NAME OF SERVER  GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  MS. JEANNIE MCLEISH, ADMINISTRATIVE ASSISTANT AND
Duly Authorized Agent for the within-named  FRANCIS W. O'BRIEN, COUNTY COMMISSIONER
Said service was made at:
614 HIGH STREET, #201, DEDHAM _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 8.00 | Trips |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 24, 2005
Date                Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| ALSO SERVED: | | | | $ _____ |
| CIVIL COVER SHEET; COMPLAINT AND CLAIM FOR JURY TRIAL; AND CATEGORY FORM. | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**           One Devonshire Place           Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    Boston, MA 02109              Fax #         (617) 720-5737