# UNITED STATES DISTRICT COURT

District of  Massachusetts

LAUREN MCSHANE, as Administratrix
for the Estate of Anthony Marchetti

V.

MICHAEL G. BELLOTTI, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 CV 10907 MEL

TO: (Name and address of Defendant)

Michael G. Bellotti
Norfolk County Sheriff's Office and Correctional Center
200 West Street, P.O Box 149
Dedham, Massachusetts 02027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John H. Cunha Jr., Esq.
Cunha & Holcomb, P.C.
1 State Street, Suite 500
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

MAY 3 - 2005

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | May 24, 2005 |
|---|---|---|
| NAME OF SERVER | GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   MS. LORIANN SHERIDAN, LEGAL SECRETARY AND
Duly Authorized Agent for the within-named   MICHAEL G. BELLOTTI

Said service was made at:
200 WEST STREET, DEDHAM  , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $  34.00   Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 24, 2005
             Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| ALSO SERVED: | | | | $ _____ |
| CIVIL COVER SHEET; COMPLAINT AND CLAIM FOR JURY TRIAL; AND CATEGORY FORM. | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax #  (617) 720-5737 |