# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

LAUREN MCSHANE, as Administratrix
for the Estate of Anthony Marchetti

V.

PETER H. COLLINS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05-10907 MEL

TO: (Name and address of Defendant)

Peter H. Collins
County Commissioner
614 High Street, Suite 201
P.O. Box 310
Dedham, Massachusetts 02027-0310

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John H. Cunha Jr., Esq.
Cunha & Holcomb, P.C.
One State Street
suite 500
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                        MAY 3 - 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | May 24, 2005 |
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   MS. JEANNIE MCLEISH, ADMINISTRATIVE ASSISTANT AND
Duly Authorized Agent for the within-named   PETER H. COLLINS, COUNTY COMMISSIONER
Said service was made at:
614 HIGH STREET, #201, DEDHAM , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 34.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 24, 2005
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date   Time   Remarks                                                                                                FEE
ALSO SERVED:                                                                                                          $ _____
CIVIL COVER SHEET; COMPLAINT AND CLAIM FOR JURY TRIAL; AND CATEGORY FORM.        $ _____
                                                                                                                              $ _____
                                                                                                                              $ _____
                                                                                                                              $ _____
                                                                                                                              $ _____
                                                                                                                              $ _____
                                                                                        TOTAL    $ _____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | Telephone # (617) 720-5733 |
| **Massachusetts Constables since 1925** | **Boston, MA 02109** | Fax #    (617) 720-5737 |