# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

LAUREN MCSHANE

V.

CHRISTINE CALLAHAN, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 10907 MEL**

TO: (Name and address of Defendant)

Christine Callahan
MCI Framingham
99 Loring Drive
Framingham, MA 01704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John H. Cunha, Jr.
One State Street
Suite 500
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

MAY 3 - 2005

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | June 03, 2005 |
|---|---|---|
| NAME OF SERVER: BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   SGT. LASWRENCE AMBLO, IPS SECURITY GUARD AND
Duly Authorized Agent for the within-named   CHRISTINE CALLAHAN

Said service was made at:
   99 LORING DRIVE, FRAMINGHAM                                 , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $ 41.00    Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 03, 2005
                    Date                                    Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| ALSO SERVED: | | | $ _____ |
| CIVIL ACTION COVER SHEET; COMPLAINT AND CLAIM FOR JURY TRIAL AND CATEGORY FORM. | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**         **One Devonshire Place**         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**            Fax #         (617) 720-5737