UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN MCSHANE, as<br>Administratix for the Estate of<br>Anthony Marchetti<br><br>v.<br><br>PETER H. COLLINS, JOHN M.<br>GILLIS, and FRANCIS W. O'BRIEN, in<br>their capacity as Norfolk County<br>Commissioners, et al. | Docket No. 05-CV-10907-MEL |

**PLAINTIFF'S OPPOSITION TO MOTION OF THE DEFENDANT, MICHAEL G. BELLOTTI, IN HIS CAPACITY AS NORFOLK COUNTY SHERIFF, TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES FOR PRODUCTION OF DOCUMENTS BY THE PLAINTIFF, LAUREN MCSHANE, ADMINISTRATRIX**

Plaintiff Lauren McShane, Administratrix for the Estate of Anthony Marchetti, hereby opposes the Motion of the Defendant, Michael G. Bellotti, in His Capacity as Norfolk County Sheriff, to Compel Answers to Interrogatories and Responses for Production of Documents by the Plaintiff, Lauren Mcshane, Administratix.

In support whereof, plaintiff states that her counsel began a multi-defendant, multi-count RICO trial before Judge Gertner on November 14, 2005, *U.S. v. Green, et al.*, No. 1:02-CR-10301-3, and that said trial continued until yesterday, January 10, 2006, at which time the jury was unable to reach a decision, a mistrial was declared, and the jury dismissed.  Defense counsel was made aware of plaintiff's counsel's trial status throughout this period.

Today, January 11, 2006, plaintiff has served her response to the production of documents request, and the responses to the interrogatories will be served as soon as arrangements can be made for the plaintiff to sign those responses.  No order to compel is

required or appropriate herein, and the motion should be denied.

>LAUREN MCSHANE, AS
>ADMINISTRATIX FOR THE ESTATE OF
>ANTHONY MARCHETTI
>By her attorney,
>
>/s/ *John H. Cunha Jr.*
>
>John H. Cunha Jr.
>B.B.O. No. 108580
>CUNHA & HOLCOMB, P.C.
>One State Street, Suite 500
>Boston, MA 02109-3507
>617-523-4300

Dated: January 11, 2006                                   H:\Word\Tort\McShane\opposition motion to compel.signed.wpd