UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.  05-CV-10907-MEL

LAUREN McSHANE, as ADMINISTRATRIX of the )
ESTATE OF ANTHONY MARCHETTI, )
    Plaintiff )
)
VS. )
)
CHRISTINE CALLAHAN; OTHER UNKNOWN )
NORFOLK COUNTY CORRECTIONAL OFFICERS; )
and MICHAEL G. BELLOTTI IN HIS CAPACITY AS )
NORFOLK COUNTY SHERIFF; and )
PETER H. COLLINS, JOHN M. GILLIS, and )
FRANCIS W. O'BRIEN, IN THEIR CAPACITY AS )
NORFOLK COUNTY COMMISSIONERS )

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41 (a) (1) (ii), hereby stipulate that said action be dismissed as to all parties and actions, with prejudice and without costs.

Respectfully submitted,

/s/
John H. Cunha, Jr.  BBO# 108580
Attorney for Plaintiff
Cunha & Holcomb, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
(617) 523-4300

/s/
Paul F. Wynn    BBO# 535820
Attorney for Defendants
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767
Dated: May 16, 2006                (508) 823-4567